IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

AMERCO REAL ESTATE COMPANY, et al.,

    Plaintiffs,

v.                                          CIVIL ACTION NO. 5:23-cv-00339

DDP ROOFING SERVICES, INC.,

    Defendant.

### ORDER

Pending before the Court is Plaintiffs Amerco Real Estate Company and U-Haul Co. of West Virginia's Motion to Substitute. (ECF No. 29.) The Court **GRANTS** the motion. The Clerk is **DIRECTED** to remove Amerco Real Estate Company from this action and join 176 Ragland EAT, LLC as a plaintiff in this action.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                      ENTER:      December 7, 2023

THOMAS E. JOHNSTON, CHIEF JUDGE